UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VICTOR RENE CAMACHO,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 2006 (FB)

       A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on December 14, 2005, granting the Commissioner's motion for judgment on the pleadings; and affirming the Commissioner's final decision denying plaintiff's application for Supplemental Security Income; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Commissioner's motion for judgment on the pleadings is granted; and that the Commissioner's final decision denying plaintiff's application for Supplemental Security Income is affirmed.

Dated: Brooklyn, New York
       December 14, 2005

                                                                ROBERT C. HEINEMANN
                                                               Clerk of Court